# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL NORWOOD, ) | |
| Plaintiff ) | |
| v. ) | CIVIL ACTION NO. 09-0665-CB-N |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, | |
| ) | |
| Defendant. | |

## **ORDER**

This matter is before the Court on defendant's unopposed motion to remand this cause to the Social Security Commission for further action. (Doc. 25.) The defendant states that portions of the administrative record are missing and requests that the case be remanded to the Appeals Council. Upon remand, the Appeals Council will refer the case to an Administrative Law Judge for a *de novo* hearing. Defendant also represents that plaintiff's counsel has been contacted and has no opposition to the requested relief. It is, therefore, **ORDERED** that the unopposed motion to remand be and hereby is **GRANTED**, and that this cause be **REMANDED** to the Commissioner for action consistent with the defendant's motion. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan,* 501 U.S. 89 (1991). This remand, pursuant to sentence four of section 205(g) of the Social Security Act, makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412; *Shalala v. Schaefer,* 509 U.S. 292 (1993).

**DONE** this the 23rd day of November, 2010.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**