# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL NORWOOD, | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 09-0665-CB-N |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | | |

## JUDGMENT

In accordance with separate order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that this matter be and hereby is remanded to the Commissioner of Social Security for further proceedings. This remand pursuant to sentence four of 42 U.S.C. § 405(g) makes plaintiff a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v. Schaefer*, 509 U.S. 292 (1993) and terminates this court's jurisdiction over this action.

**DONE** this the 23rd day of November, 2010.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**